UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Medtronic, Inc., and Medtronic USA, Inc.,

    Plaintiffs,

v.

Edwards Lifesciences Corporation,
Edwards Lifesciences, LLC, and           Civil No. 11-1650 (JNE/JSM)
Edwards Lifesciences (U.S.) Inc.,             ORDER

    Defendants,

v.

Medtronic Vascular Inc.,

    Additional Counterclaim Defendant.

On January 25, 2012, the magistrate judge stayed this action pending reexamination of three of the patents-in-suit. In an Order dated April 10, 2012, the Court lifted the stay. The case is before the Court on Defendants' request for permission to file a motion to reconsider the April 10 Order. The Court denies Defendants' request [Docket No. 66]. *See* D. Minn. LR 7.1(h) ("Motions to reconsider are prohibited except by express permission of the Court, which will be granted only upon a showing of compelling circumstances.").

    IT IS SO ORDERED.

Dated: April 27, 2012

                                              s/ Joan N. Ericksen
                                              JOAN N. ERICKSEN
                                              United States District Judge